CLOSING

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RICARDO H.R., *Petitioner*, v. THOMAS DECKER, *et al.*, *Respondents*. | Civil No. 20-5134 (MCA)<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

    Petitioner Ricardo H.R. and Respondents, by and through their respective attorneys, hereby stipulate and agree to the dismissal of this action without prejudice, subject to the following paragraphs revising his terms of release.

    1.    Respondents will not detain Petitioner absent a change of circumstances such as the commission of a new criminal offense, a violation of U.S. Immigration and Customs Enforcement's ("ICE") conditions of supervision, or to execute a removal order.

    2.    The conditions of release imposed by this Court are dissolved with the dismissal of this case, except that ICE will continue to subject Petitioner to monitoring, which may include electronic ankle monitoring. All conditions of supervision imposed by ICE are subject to the review procedures specified at 8 C.F.R. § 1236.1(d).

    3.    Respondents will comply with ICE's standard procedures regarding notification for detention and removal.

Dated: June 16, 2023

                                        *s/Molly K.C. Linhorst*
                                        MOLLY K.C. LINHORST, ESQ.
                                        American Civil Liberties Union
                                        Attorneys for Petitioner

Dated: June 16, 2023

                                        PHILIP R. SELLINGER
                                        United States Attorney

                              By:    *s/Frances C. Bajada*
                                        FRANCES C. BAJADA
                                        Assistant United States Attorney
                                        Attorneys for Respondents

**SO ORDERED.**

Dated: 6/20/23

                                        HON. MADELINE COX ARLEO
                                        UNITED STATES DISTRICT JUDGE